# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETRA CARRILLO, individually, as Special Administratrix of the Estate of IVAN CARRILLO, and as parent and natural guardian of ARLEEN CARRILLO, AYLEEN CARRILLO, and JAYLEEN CARRILLO,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:10-cv-0212-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed December 7, 2010. Defendants filed Motions to Dismiss (#5, 7 and 8) on December 28 and 29, 2010. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 7, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 24th day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge