Corey M. Eschweiler, Esq.
Nevada Bar No. 6635
Adam D. Smith, Esq.
Nevada Bar No. 9690
GLEN J. LERNER & ASSOCIATES
4795 South Durango Drive
Las Vegas, Nevada 89147
Phone: (702) 877-1500
Fax: (702) 877-0110
E-mail: ceschweiler@glenlerner.com
          asmith@glenlerner.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETRA CARRILLO, individually, as Special Administratrix of the Estate of IVAN CARRILLO, and as the parent and natural guardian of ARLEEN CARRILLO, AYLEEN CARRILLO, AND JAYLEEN CARRILLO,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER A. CARPENTER, in his individual and official capacity; OFFICER A. UBBENS, in his individual and official capacity; DOES 1 through 10, inclusive; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-02122-KJD-RJJ<br><br>**SUBSTITUTION OF ATTORNEYS** |

COMES NOW, PETRA CARRILLO, individually, as Special Administratrix of the Estate of IVAN CARRILLO, and as the natural parent and natural guardian of ARLEEN CARRILLO, AYLEEN CARILLO, AND JAYLEEN CARRILLO ("Plaintiffs"), in the above-captioned matter, and hereby consents to the substitution of Ruth L. Cohen, Esq., of the Law offices of COHEN & PADDA, LLP, located at 4240 W. Flamingo Road, #220, Las Vegas, Nevada 89103 in the place and

. . .

. . .

. . .

. . .

1

stead of Corey M. Eschweiler, Esq., of Glen J. Lerner & Associates, to represent Plaintiffs in the United States District Court, Case No: 2:10-cv-02122-KJD-RJJ.

DATED this 31st day of July, 2012.

_____
PETRA CARRILLO, individually

_____
PETRA CARRILLO, as Special Administratrix of the Estate of Ivan Carrillo

_____
PETRA CARRILLO, as Natural Parent and Guardian of Arleen Carrillo

_____
PETRA CARRILLO, as Natural Parent and Guardian of Ayleen Carrillo

_____
PETRA CARRILLO, as Natural Parent and Guardian of Jayleen Carrillo

COREY ESCHWEILER, Esq. of GLEN J. LERNER & ASSOCIATES hereby agrees with and give his consent to the substitution in his place and stead of Ruth L. Cohen, Esq., of the law office of Cohen & Padda, LLP, to act as attorney of record for Plaintiffs in the United States District Court, Case No: 2:10-cv-02122-KJD-RJJ.

DATED this 24th day of July, 2012.

GLEN J. LERNER & ASSOCIATES

_____
COREY M. ESCHWEILER, ESQ.
Nevada Bar No. 6635
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-7043
*Attorneys for Plaintiffs*

2

1  RUTH L. COHEN, ESQ., of the Law Offices of COHEN & PADDA, LLP, do hereby agree
2  to substitute in as attorneys of record for Plaintiffs in the place of Corey M. Eschweiler, Esq., of the
3  law office of Glen J. Lerner & Associates in the United States District Court, Case No: 2:10-cv-
4  02122-KJD-RJJ.

5  DATED this 31st day of July, 2012.

COHEN & PADDA, LLP

*/s/ Paul S. Padda / Ruth L. Cohen*

RUTH L. COHEN, ESQ.
Nevada Bar No. 1782
4240 W. Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Telephone: (702) 877-1500
Facsimile: (702) 933-7043
*Attorneys for Plaintiffs*