THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
(702) 870-1000 Phone
(702) 870-6152 Fax
courtnotices@injuryhelpnow.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETRA CARRILLO, et. al. | CASE NO: 2:10-cv-02122-KJD-GWF |
| Plaintiffs, | Consolidated with: |
| | CASE NO: 2:11-cv-1122-PMP-RJJ |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et. al. | **PLAINTIFFS' ERRATA TO DOC #102** |
| Defendants. | |
| ROXANA CORREA, et. al. | |
| Plaintiffs, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et. al. | |
| Defendants. | |

    Plaintiffs, BRIANNA LATISHA CARRILLO and IVAN ANTHOANE CARRILLO, by their Parent and Legal Guardian, VERONICA CORREA, by and through their attorney, THOMAS CHRISTENSEN, of the law firm CHRISTENSEN LAW OFFICES, respectfully bring this Errata to Doc #102.  Document #102 was supposed to be entitled "PLAINTIFFS' RESPONSE TO DEFENDANT ARON CARPENTER'S MOTION FOR SUMMARY


www.injuryhelpnow.com

JUDGMENT," but was inadvertently mis-titled.  This Errata is to ensure that there is no confusion that Document #102 is an Opposition to Defendant Aron Carpenter's Motion for Summary Judgment.

DATED this 4th day of April, 2013.

                                CHRISTENSEN LAW OFFICES, LLC

                             BY:____/s/ Thomas Christensen_____
                                THOMAS CHRISTENSEN, ESQ.
                                Nevada Bar No. 2326
                                1000 South Valley View Blvd.
                                Las Vegas, Nevada 89107
                                (702) 870-1000 Phone
                                (702) 870-6152 Fax
                                courtnotices@injuryhelpnow.com
                                Attorneys for Plaintiffs


www.injuryhelpnow.com

# **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5 and LR 5-1, I certify that I am an employee of CHRISTENSEN LAW OFFICES, LLC., and that on this 4th day of April, 2013, I served a copy of the foregoing **PLAINTIFFS' ERRATA TO DOC #102** as follows:

   X   U.S. Mail—By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below; and/or

      Facsimile—By facsimile transmission to the facsimile number(s) shown below and in the confirmation sheet filed herewith.  Consent to service by facsimile shall be assumed unless an objection to service by facsimile transmission is made in writing and sent to the sender via facsimile within 24 hours of receipt of this Certificate of Service; and/or

      Hand Delivery—By hand-delivery to the addresses listed below.

| | |
|---|---|
| Kirk B. Lenhard, Esq. | Craig R. Anderson, Esq. |
| Brownstein, Hyatt, Farber, Schreck, LLP | Marquis & Aurbach |
| 100 N. City Parkway, Suite 1600 | 10001 Park Run Drive |
| Las Vegas, NV 89106 | Las Vegas, NV 89145 |
| *Attorneys for Defendant Officer Aron Carpenter* | *Attorneys for Defendant Las Vegas Metropolitan Police Department* |

Ruth L. Cohen, Esq.
Cohen & Padda, LLP
4240 West Flamingo Road, Suite 220
Las Vegas, NV  89103
*Attorneys for Petra Carrillo, et. al.*

                               /s/ Jennifer M. Gooss_____
                        An employee of CHRISTENSEN LAW OFFICES, LLC


www.injuryhelpnow.com